STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
ALISON M. NORRIS (SBN 248711)
*anorris@goodwinprocter.com*
HONG-AN VU (SBN 266268)
*sramsower@goodwinprocter.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  213.426.2500
Fax:  213.623.1673

Attorneys for Defendants:
*Mortgage Electronic Registration Systems, Inc.; Bank of America, N.A.,* for itself and as successor by merger to BAC Home Loans Servicing, L.P, formerly known as Countrywide Home Loans Servicing, LP; and *Countrywide Home Loans, Inc.,* (erroneously sued under its trade name America's Wholesale Lender)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JOHN CHEW, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; BANK OF AMERICA, N.A., a National Association; BAC HOME LOANS SERVICING, L.P., a subsidiary of Bank of America, N.A.; COUNTRYWIDE HOME LOANS SERVICING, LP, a New York corporation; AMERICA'S WHOLESALE LENDER, a corporation; CTC REAL ESTATE SERVICES, a California corporation; RECONTRUST COMPANY, N.A., a wholly owned subsidiary of Bank of America Corporation, a Delaware corporation; and DOES 1 to 1000, inclusive<br><br>　　　　Defendants. | Case No. 8:11-01855-JVS-RNB<br><br>**AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT BY DEFENDANTS**<br><br>Date:　　　　February 6, 2012<br>Time:　　　　10:00 a.m.<br>Courtroom:　10D<br>Judge:　　　Hon. Andrew J. Guilford<br><br>411 West Fourth Street<br>Santa Ana, CA 92701-4516 |

LIBA/2247420.1

## AMENDED NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that, on February 6, 2012, or as soon thereafter as counsel may be heard, in Courtroom 10D, at the United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701-4516, defendants Mortgage Electronic Registration Systems, Inc. ("MERS"); Bank of America, N.A. ("Bank of America"), itself and as successor in interest by merger to defendant BAC Home Loans Servicing, LP ("BACHLS"), formerly known as Countrywide Home Loans Servicing, LP ("Countrywide"); and Countrywide Home Loans, Inc., erroneously sued under its trade name, America's Wholesale Lender ("AWL") (collectively, "Defendants"), will and hereby do move the Honorable Andrew J. Guilford, United States District Judge, to dismiss Plaintiff's Complaint without leave to amend.

  Defendants' Motion to Dismiss Case and Memorandum of Points and Authorities in Support Thereof (Dkt. No. 6), and Request for Judicial Notice (Dkt. No. 7), were filed December 8, 2011. Defendants submit this Amended Notice of Motion pursuant to this Court's December 8, 2011 Order to Reassign Case (Dkt. No. 8).

Respectfully submitted,

Dated: December 16, 2011  By: /s/ Alison M. Norris
  STEVEN A. ELLIS
  *sellis@goodwinprocter.com*
  ALISON M. NORRIS
  *anorris@goodwinprocter.com*
  HONG-AN VU
  *sramsower@goodwinprocter.com*
  **GOODWIN PROCTER LLP**

Attorneys for Defendants:
*Mortgage Electronic Registration Systems, Inc.; Bank of America, N.A.,* for itself and as successor by merger to BAC Home Loans Servicing, L.P, formerly known as Countrywide Home Loans Servicing, LP; and *Countrywide Home Loans, Inc.,* erroneously sued

- 1 -

LIBA/2247420.1

Goodwin Procter LLP
601 S Figueroa St., 41st Floor
Los Angeles, California 90017

1    under its trade name America's Wholesale Lender

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Goodwin Procter LLP**
**601 S Figueroa St., 41st Floor**
**Los Angeles, California 90017**

- 2 -

LIBA/2247420.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 S Figueroa St., 41st Floor, Los Angeles, CA 90017.

On **December 16, 2011**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**AMENDED NOTICE OF MOTION TO DISMISS COMPLAINT BY DEFENDANTS**

| | |
|---|---|
| George L. Baugh<br>LAW OFFICES OF GEORGE L. BAUGH<br>The De Sales Building<br>2201 East Chapman Avenue<br>Fullerton, CA  92831 | Counsel for Plaintiff: *John Chew*<br>Tel. 714.870.5253<br>Fax. 714.526.3915<br>glb3law@yahoo.com |

☐ (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

☐ (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☐ (MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed and provided them to a professional messenger service for service. A separate Personal Proof of Service provided by the professional messenger service will be filed under separate cover.

☐ (FACSIMILE) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ (E-MAIL or ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

LIBA/2247420.1

☑ (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **December 16, 2011**, at Los Angeles, California.

_____          _____
     Gareth J. Oania                              (Signature)
     (Type or print name)

Goodwin Procter LLP
601 S Figueroa St., 41st Floor
Los Angeles, California 90017

- 2 -

LIBA/2247420.1